UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | CASE NO. 13-18798 |
| ) | |
| MICHAEL SCULLY and, ) | CHAPTER 7 PROCEEDINGS |
| ANGELA M. SCULLY, ) | |
| Debtors. ) | JUDGE MORGENSTERN-CLARREN |

## MOTION FOR TURNOVER OF FUNDS UPON DEBTOR

Now comes Mary Ann Rabin, the duly-appointed Trustee herein, and says that:

1. This matter constitutes a core proceedings under 28 U.S.C. §157(b)(2)(A). This Court has jurisdiction over the parties and subject matter of this Motion pursuant to 28 U.S.C. §§ 57 and 1334. Venue is proper before this Court pursuant to 28 U.S.C. § 1409.

2. This case commenced when Michael Scully and Angela M. Scully (the "Debtors") filed a voluntary petition on December 20, 2013, under Chapter 7 of the Bankruptcy Code. Mary Ann Rabin is the duly appointed Trustee.

3. The Debtors are entitled to a federal and state tax refunds in the amount of $8,147.00. Since the Debtors filed her petition on December 20, 2013, the pro-rated amount of the tax refund that is property of the estate, minus $3,633.00 in earned income credit and additional child tax credit is $4,377.96.

4. In addition, the Debtors had $564.14 cash on hand on the date of filing. The total amount of cash that is property of the estate is $4,942.10.

5. Of that sum, the Debtors have claimed an $3,350.00 exemptions under the statutes of the State of Ohio.

6. Trustee is entitled to the immediate possession of the balance of these funds as property of the estate.

WHEREFORE, Trustee prays that the Debtors be directed forthwith to turnover to the Trustee the sum of $1,592.10, which is the amount of $4,942.10 less Debtor's exemption in the amount of $3,350.00.

Respectfully submitted,

/s/Mary Ann Rabin
MARY ANN RABIN (#0000009)
Rabin & Rabin Co., LPA
55 Public Square
1510 Illuminating Building
Cleveland, Ohio 44113
(216)771-8084
Facsimile No. (216)771-4615
mrabin@rabinandrabin.com

### S E R V I C E

The undersigned hereby certifies that a copy of the foregoing Motion was mailed this 11th day of March, 2014 by ordinary U.S. mail, postage prepaid, to:

Michael Scully
671 N. Abbe Road
Elyria, OH 44035

Angela M. Scully
614 Gayle Drive
Sheffield Lake, OH 44054


ECF SERVICE:

Edward A Bailey    bknotice@reimerlaw.com, RACJ.ecfndoh@yahoo.com
Grazyna K Markiewicz    gkmarkiewicz@gmail.com
United States Trustee    (Registered address)@usdoj.gov

/s/Mary Ann Rabin
MARY ANN RABIN